NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**U.S. HOME CORPORATION, BEECHWOOD AT EDISON, LLC, AND BEECHWOOD SHOPPING CENTER, LLC,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5059

---

Appeal from the United States Court of Federal Claims in No. 09-CV-0063, Senior Judge Bohdan A. Futey.

---

## JUDGMENT

---

BRIAN WOLFSON, The Weingarten Law Firm, LLC, of Piscataway, New Jersey, argued for plaintiffs-appellants. On the brief was ANDREW D. ULLRICH.

KENNETH D. WOODROW, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were STUART F. DELERY,

Assistant Attorney General, JEANNE E. DAVIDSON, Director, and DEBORAH A. BYNUM, Assistant Director.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 15, 2014
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court